William J. Mooney, as Administrator, etc., of George A. Mooney, Deceased, Appellant, v. George T. Smith, Respondent.— Judgment

affirmed, with costs.   No opinion.   (Ingraham, P. J., and Laughlin, J., dissented.)

Richfield Commercial and Savings Bank, Respondent, v. Sarah F. Purdy, as Executrix, etc., of Alfred Carr, Deceased, Appellant.— Judgment and order affirmed, with costs.   No opinion.

William H. Vogell, Appellant, v. Sadie B. Rosenthal, Respondent.— Judgment and order affirmed, with costs.   No opinion.